# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| TAMMY FAYE WILFONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | **CASE NO. 5:12CV-674-D** |
| CHARLES CARPENTER MEEKER, ) | |
| ) | |
| Defendant. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court GRANTS the Motion to Dismiss [D.E. 17] and DENIES Plaintiff's "Amended Motion" [D.E. 14], Motion for Joinder [D.E. 15], and Motion to Amend [D.E. 24]. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 22, 2013** WITH A COPY TO:

Tammy Faye Wilfong, Pro se (via USPS to 5401 Rock Quarry Road, Raleigh, NC 27610)
Phillip Dwayne Carver, Interested Party (via USPS to 1320 Mockingbird Lane, Durham, NC 27703)
Dan M. Hartzon (via CM/ECF Electronic Notification)


April 22, 2013                                     JULIE A. RICHARDS, Clerk
Date                                                      Eastern District of North Carolina

                                                             /s/ Debby Sawyer
                                                             (By) Deputy Clerk

Raleigh, North Carolina